IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,

      *Plaintiff*,

v.                                  Case No.: 4:24cv188-MW/MAF

RICKY DIXON,

      *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Plaintiff's objections, ECF No. 32.

Plaintiff was permitted to proceed against Defendant Ricky Dixon, whose answer or other responsive pleading is due on or before August 26, 2024. However, Plaintiff has since filed an amended complaint, ECF No. 21, that violates this Court's Local Rules and a subsequent motion for leave to file a second amended complaint that purports to assert new claims against new Defendants. The Magistrate Judge recommends that Plaintiff's motion for leave to supplement the complaint, ECF No. 23, be denied, and that the amended complaint that violates this Court's Local Rules, ECF No. 21, be rejected. In addition, the Magistrate Judge recommends that

Plaintiff's amended motion for preliminary injunction, ECF No. 22, be denied because it seeks relief for claims that are not included in the operative complaint.

In his objection to the report and recommendation, Plaintiff concedes his amended complaint, ECF No. 21, violates the Local Rules' page limit requirement, *see* ECF No. 32 at 4, but asserts the Magistrate Judge erred in concluding that the claims he wishes to add are not related to the claims asserted in his original complaint. Plaintiff contends that because his original claims and the claims he now wishes to add both involve prison officials who are seeking to cause him "physical harm," either directly or indirectly, the claims are therefore related enough to bring in this action. But Plaintiff cannot simply reframe the issues through a broader level of abstraction to then amend his complaint to raise every grievance he may have against prison officials, regardless of when the offense occurred, who is responsible, or whether Plaintiff has exhausted his administrative remedies with respect to the offense. In other words, this Court agrees with the Magistrate Judge that Plaintiff's unrelated claims should be brought in a separate action.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 25, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's amended complaint, ECF No. 21, is **REJECTED for violating the Local Rules**. Plaintiff's motion for

leave to file a supplemental complaint, ECF No. 23, is **DENIED.** Plaintiff's amended motion for preliminary injunction, ECF No. 22, is **DENIED as moot.** Likewise, Plaintiff's second amended motion for preliminary injunction, ECF No. 26, is also **DENIED** as it seeks relief beyond the claims asserted in the operative complaint. This matter is remanded to the Magistrate Judge for further proceedings consistent with this Order.

    **SO ORDERED on August 14, 2024.**

                                         <u>s/Mark E. Walker</u>
                                         **Chief United States District Judge**