IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**
**DOC # 139647,**

    *Plaintiff*,

v.                                          Case No.: 4:24cv188-MW/MAF

**RICKY DIXON,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 50. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 50, is **accepted and adopted** as this Court's opinion. Plaintiff's motion requesting leave to file a supplemental complaint, ECF No. 46, is **DENIED**. Plaintiff's proposed second amended complaint, ECF No. 45, is **REJECTED** because he did not properly request permission to amend before submitting the pleading. Plaintiff's motion to accept his motion as timely filed, ECF No. 48, is **DENIED** as unnecessary. Plaintiff's motion

to strike Defendant's request for sanctions, ECF No. 49, is **GRANTED**. Defendant's motion for sanctions, ECF No. 54, is **STRICKEN**.

Finally, Defendant's motion to dismiss, ECF No. 42, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** as malicious for Plaintiff's failure to provide a complete and honest listing of all prior litigation as required." The Clerk shall note on the docket that this cause was dismissed as malicious and for abuse of the judicial process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and close the file.

**SO ORDERED on January 30, 2025.**

s/Mark E. Walker
**Chief United States District Judge**
